UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-10039 MWF (GJSx)** | Date: May 18, 2022 |
| Title | **United African-Asian Abilities Club, et al. v. Bayshore L.P., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 31, 2021.  (Docket No. 1).  On April 7, 2022, Magistrate Judge Kim filed an Order to Show Cause Re Dismissal for Lack of Prosecution ("OSC").  (Docket No. 8).  In response to that OSC, Plaintiffs filed a Proof of Service ("POS") reflecting personal service on March 18, 2022.  (Docket No. 9).  This matter was then transferred District Judge Fitzgerald and Magistrate Judge Standish on May 2, 2022.  (Docket No. 10).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 31, 2022**.

■ BY DEFENDANT:  Response to the Complaint.

OR

■ BY PLAINTIFF:  Application for Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-10039 MWF (GJSx)**                                    Date:  May 18, 2022

Title            **United African-Asian Abilities Club, et al. v. Bayshore L.P., et al.**

respond to the Order to Show Cause by **May 31, 2022** will result in the dismissal of this action.

   IT IS SO ORDERED.

                                                    Initials of Preparer:  RS/sjm